IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| LARRY WONG and AT&T SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before this court on Defendant AT&T Services, Inc.'s Motion to File and Retain Documents Under Seal [DE-71], specifically the documents filed at DE-70. The court has reviewed the arguments of counsel and hereby finds that because the documents at issue contain proprietary, confidential and sensitive business information, the common law presumption of access is overcome. There are no adequate alternatives to sealing these documents which will properly protect the confidential information contained therein. The court has been advised the Plaintiff's counsel has contacted the case manager expressing no objection to Defendant's motion. Accordingly, Defendant's motion is ALLOWED. The documents filed at DE-70 shall be remain under seal.

So ordered, this the 25th day of October, 2011.

_____
Robert B. Jones, Jr.
United States Magistrate Judge