IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| LARRY WONG and AT&T SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before this court on Plaintiff's motion to seal [DE-102] its *Supplemental Memorandum of Additional Points and Authorities* [DE-101]. No objection to the motion has been filed and the time for responding to the motion has expired.

According to Plaintiff's motion, the materials sought to be placed under seal include materials subject to the protective order entered in this case or materials which provide a detailed description of such materials. In its review of the materials sought to be sealed, the court finds that because the documents at issue contain proprietary, confidential and sensitive business information, the common law presumption of access is overcome. The court finds further that there are no adequate alternatives to sealing these documents which will properly protect the confidential information contained therein.

Accordingly, Plaintiff's motion is ALLOWED. The documents filed at DE-101 shall be remain under seal.

So ordered, this the 12th day of March, 2012.

Robert B. Jones, Jr.
United States Magistrate Judge

Case 5:10-cv-00591-FL   Document 126   Filed 03/12/12   Page 1 of 1