IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY WONG and AT&T SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on "Plaintif's Motion to Seal Brief in Support of Appeal of Magistrate Judge's Order Denying Motion for Reconsideration of Motion to Compel" (at D.E. # 135).

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Brief at D.E. # 133 shall be sealed.

SO ORDERED.

This the 22nd day of May, 2012.

LOUISE W. FLANAGAN
United States District Judge

1