IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY WONG and AT&T SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on Plaintiff's "Memorandum in Support of Motion for Leave to Amend Complaint" (and accompanying Exhibits) at D.E. #155.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memorandum at D.E. # 155, and accompanying Exhibits, shall be sealed.

SO ORDERED.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge