IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

| BOYKIN ANCHOR COMPANY, INC. | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| LARRY WONG and AT&T SERVICES, INC. | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Seal Plaintiff's Reply to Defendants' Memorandum of Law In Opposition to Plaintiff's Motion to Amend Complaint (and accompanying Exhibits) at D.E. 198.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memorandum at D.E. # 198, and accompanying Exhibits, shall be sealed.

SO ORDERED.

This the 3rd day of May, 2013

Louise Wood Flanagan
U.S. District Court Judge

1