IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY WONG and AT&T SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Seal "Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Dr. Charles Manning, Jr.; Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of John Markel; and Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (and accompanying Exhibits), filed at D.E. 206, 208, 209 and 210-215.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memoranda at D.E. # 206, 208, and 209 and the Exhibits filed at D.E. 210-215 shall be sealed.

SO ORDERED.

This the 3rd day of May, 2013

Louise Wood Flanagan
U.S. District Court Judge