IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY WONG and AT&T SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Seal Memorandum in Support of Motion to Strike False Declarations (and accompanying Exhibits) at D.E. 218.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memoranda at D.E. # 218 and the Exhibits filed therewith shall be sealed.

SO ORDERED.

This the 3rd day of May, 2013

_____
Louise Wood Flanagan
U.S. District Court Judge

1

NPRAL1:178327.1-PG-(DBOYCE) 049035-00001