IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

BOYKIN ANCHOR COMPANY, INC.      )
                                 )
    Plaintiff,                   )
                                 )
              v.                 )
                                 )
LARRY WONG and AT&T SERVICES, INC. )
                                 )
    Defendants.                  )
                                 )

## ORDER

This matter is before the Court on Plaintiff's "Memorandum of Law in Opposition to

Defendants' Motion to Compel" (and accompanying Exhibits) at D.E. #227.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memorandum at D.E. #

227, and accompanying Exhibits, shall be sealed.

SO ORDERED.

This the 3rd day of may , 2013

_____
Louise Wood Flanagan
U.S. District Court Judge