IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-0591-FL

| | |
|---|---|
| BOYKIN ANCHOR COMPANY, INC.<br>Plaintiff,<br><br>vs.<br><br>LARRY WONG and AT&T SERVICES, INC.<br>Defendant. | **ORDER** |

This matter is before this Court on "Plaintiff's Motion to Seal D.E. #'2 249, 250 and 251", which are the following:

1. D.E. # 249, Plaintiff's Reply in Support of Motion to Strike False Declarations;

2. D.E. # 250, Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Strike); and

3. D.E. # 251, Plaintiff's Memorandum in Opposition to Defendants' Motion to Strike (Portions of Dr. Manning's Testimony).

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memoranda at docket entry numbers 249, 250 and 251, and any Exhibits, shall be sealed.

SO ORDERED.

This the 3rd day of may, 2013.

                    _____
                    Louise Wood Flanagan
                    U.S. District Court Judge