# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| BOYKIN ANCHOR COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:10-CV-591-FL |
| AT&T CORPORATION; LARRY WONG; | ) | |
| AT&T, INC.; AT&T SERVICES, INC.; | ) | |
| AT&T TELEHOLDINGS, INC.; and | ) | |
| AMERITECH SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's orders entered April 14, 2011, May 19, 2011, and September 24, 2013, and for the reasons set forth more specifically therein, that:

(1) The Rule 12(b)(6) motion to dismiss filed by AT&T Corporation [DE # 19] and the Rule 12(b)(2) motion to dismiss filed by AT&T Teleholdings, Inc., AT&T, Inc. and Ameritech Services, Inc. [DE # 27] are granted.

(2) The motion to dismiss filed by Larry Wong and AT&T Services, Inc. [DE # 22] is granted in part and denied in part. Plaintiff's Lanham Act claim (Count II), gross negligence claim (Count III), and ordinary negligence claim (Count IV) are dismissed.

(3) The motion for summary judgment filed by Larry Wong and AT&T Services, Inc. [DE # 176] is granted.

**This Judgment Filed and Entered on October 16, 2013, and Copies To:**
R. Daniel Boyce (via CM/ECF Notice of Electronic Filing)
Alex Ryan Williams (via CM/ECF Notice of Electronic Filing)
Randall D. Avram (via CM/ECF Electronic Notice of Filing)
John M. Moye (via CM/ECF Electronic Notice of Filing)
Michael Todd Rosenberg (via CM/ECF Electronic Notice of Filing)
Dennis C. Cameron (via CM/ECF Electronic Notice of Filing)
John L. Sarratt (via CM/ECF Electronic Notice of Filing)
Bradley W. Welsh (via CM/ECF Electronic Notice of Filing)

This 16th day of October, 2013.　　　　　JULIE A. RICHARDS, CLERK
　　　　　　　　　　　　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　　　　　　　　　　　 (By) Christa N. Baker, Deputy Clerk